UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PAA-WILLIE DONKOR
Write the full name of each plaintiff.

\_\_\_\_\_CV_____
(Include case number if one has been assigned)

-against-

**COMPLAINT**

UNITED STATES POSTAL SERVICE
ACCOUNTING SERVICE CENTER
PO BOX 82428, ST LOUIS, MO 63182

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

Do you want a jury trial?
☐ Yes   ☐ No

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 1/9/17

## I. BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☐ Federal Question

☐ Diversity of Citizenship

### A. If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

_____

_____

_____

_____

### B. If you checked Diversity of Citizenship

#### 1. Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, __DONIKOR PAR-WILLIE__, is a citizen of the State of
(Plaintiff's name)

_____
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

If the defendant is an individual:

The defendant, _____, is a citizen of the State of
        (Defendant's name)

_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If the defendant is a corporation:

The defendant, _____, is incorporated under the laws of

the State of _____

and has its principal place of business in the State of _____

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____.

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

PAA- WILLIE          DONKOR
First Name    Middle Initial    Last Name

2894 GRAND CONCOURSE # 1J
Street Address

BRONX            NY        10458
County, City        State        Zip Code

718 450 6095
Telephone Number        Email Address (if available)

B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1: _____
First Name         Last Name

_____
Current Job Title (or other identifying information)

_____
Current Work Address (or other address where defendant may be served)

_____
County, City         State         Zip Code

Defendant 2: _____
First Name         Last Name

_____
Current Job Title (or other identifying information)

_____
Current Work Address (or other address where defendant may be served)

_____
County, City         State         Zip Code

Defendant 3: _____
First Name         Last Name

_____
Current Job Title (or other identifying information)

_____
Current Work Address (or other address where defendant may be served)

_____
County, City         State         Zip Code

Defendant 4: _____
               First Name            Last Name

             _____
             Current Job Title (or other identifying information)

             _____
             Current Work Address (or other address where defendant may be served)

             _____
             County, City          State          Zip Code

### III. STATEMENT OF CLAIM

Place(s) of occurrence: BRONX

Date(s) of occurrence: 2022-06-07.

### FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

On 2022-06-07, I bought a money order of $1600.00 to pay for my rent but the money never reached to my land-lord. I filled a claim at the United States Postal Service and a letter was sent to me that, the money order has been cashed by Elvis Nunez to Juana Bonilla for child support. I have been calling the Potal Service's to gets my money back till date, the best answer they keep on telling me is, it was an inside job. Never had the money back till now.

_____
_____
_____
_____
_____
_____
_____
_____
_____

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

_____
_____
_____
_____
_____

**IV. RELIEF**

State briefly what money damages or other relief you want the court to order.

_____
_____
_____
_____

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

Dated: 01/25/24

Plaintiff's Signature

First Name: PAA-WILLIE
Middle Initial:
Last Name: DONKOR

Street Address: 2894 GRAND CONCOURSE #1J

County, City: BRONX
State: NY
Zip Code: 10458

Telephone Number: 718 450 6095
Email Address (if available):

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☐ Yes   ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.


Accounting Service Center

October 25, 2022

Subject:    Money Order Serial Number: 2805965291
            Inquiry ID: 15262304
            Inquiry Date:
            Inquiry Amount: $600.00

DONKOR PAAWILLIE
APT 1J
2894 GRAND CONCOURSE
BRONX NY 104582771

Dear DONKOR PAAWILLIE

We apologize for any inconvenience this situation has caused. However, we are unable to take action on the alleged improper payment.

Sincerely,

General Accounting Branch



General Accounting Branch, PO BOX 80453, St. Louis, MO 63180-0453






**UNITED STATES**
**POSTAL SERVICE**®
Accounting Service Center

October 25, 2022

Subject:   Money Order Serial Number: 2805965290
           Inquiry ID: 15262303
           Inquiry Date:
           Inquiry Amount: $1,000.00


DONKOR  PAAWILLIE
APT 1J
2894 GRAND CONCOURSE
BRONX NY 104582771

Dear DONKOR  PAAWILLIE

We apologize for any inconvenience this situation has caused. However, we are unable to take action on the alleged improper payment.


Sincerely,


General Accounting Branch



General Accounting Branch, PO BOX 80453, St. Louis, MO 63180-0453


**UNITED STATES POSTAL SERVICE®**

October 18, 2022

ԻռաII||աասԻոԻԻԻԻոԻոԻԻԻոոII..ոԻաII.ԻԻԻ

DONKOR PAAWILLIE
2894 GRAND CONCOURSE
APT 1J
BRONX, NY 10458-2771

ILN: F2173441903386

Dear Postal Customer:

A copy of the money order per your PS Form 6401 Money Order Inquiry is below.



If you have any additional concerns or questions, write to us at the address indicated below and enclose a copy of your customer receipt and this letter.

ACCOUNTING SERVICE CENTER
GENERAL ACCOUNTING BRANCH
PO BOX 82428
ST. LOUIS, MO 63182-2428

1-866-974-2733



**UNITED STATES POSTAL SERVICE®**

October 18, 2022

DONKOR PAAWILLIE
2894 GRAND CONCOURSE
APT 1J
BRONX, NY 10458-2771

ILN: F2174455403833

Dear Postal Customer:

A copy of the money order per your PS Form 6401 Money Order Inquiry is below.



If you have any additional concerns or questions, write to us at the address indicated below and enclose a copy of your customer receipt and this letter.

ACCOUNTING SERVICE CENTER
GENERAL ACCOUNTING BRANCH
PO BOX 82428
ST. LOUIS, MO 63182-2428

1-866-974-2733