```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  4/22/24
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PAA-WILLIE DONKOR,

        Plaintiff,

  -against-

UNITED STATES POSTAL SERVICE, et al.,

        Defendants.

24-CV-559 (JHR) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

Plaintiff filed his complaint on January 25, 2024. (Dkt. 1.) Plaintiff served defendant United States Postal Service (USPS) on March 8, 2024 (Dkt. 11), making USPS's answer due March 22, 2024. Counsel for USPS entered a notice of appearance on March 12, 2024. (Dkt. 10.) Although the deadline for USPS's answer has come and gone, USPS has not filed an answer to the complaint. To date, plaintiff has not requested a certificate of default.

It is hereby ORDERED that, if USPS has not answered or otherwise responded to the complaint before **May 6, 2024**, plaintiff shall, on that date, either file a stipulation granting defendant additional time or apply for entry of default.

Dated: New York, New York
      April 22, 2024

**SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**